UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN ALSTON,                      )
                                   )
            Plaintiff,             )
                                   )
    v.                             )     Civil Action No. **13 0477**
                                   )
WISCONSIN COURT OF APPEALS,        )
                                   )
            Defendant.             )
                                   )

## MEMORANDUM OPINION

Plaintiff alleges that he has submitted a petition for certiorari to the Supreme Court of the United States, and that his papers were returned to him by the Clerk. Compl. at 3-4 (page numbers designated by the Court). He "ask[s] the Federal district Court of Columbia to reverse" this decision. *Id.* at 4.

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Supreme Court's administrative officers. *See In re Marin,* 956 F.2d 339, 340 (D.C. Cir.), *cert. denied,* 506 U.S. 844 (1992).

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint for failure to state a claim upon which relief can be granted. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

DATE: 4/3/13

_____
United States District Judge